IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60316
Summary Calendar
_____

RANDY GREEN,

                                        Plaintiff-Appellant,

versus

MISSISSIPPI STATE SENATE;
KIRK FORDICE, Governor;
MISSISSIPPI DEPARTMENT OF CORRECTIONS;
STATE OF MISSISSIPPI,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-162-D-D
- - - - - - - - - - -
September 20, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

    Randy Green, #41571, appeals the dismissal of his civil
rights complaint for failure to state a claim.  Green argues that
the district court erred by dismissing his Eighth Amendment
challenge to Miss. Code Ann. § 47-5-179.  We have reviewed the
record and Green's brief and AFFIRM the district court's

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

dismissal for essentially the same reasons adopted by the district court. <u>Green v. Mississippi State Senate</u>, No. 4:95-CV-162-D-D (N.D. Miss. Apr. 18, 1996).